FRANK DI GIOVANNA et al., Copartners under the Name of D. & D. SALES COMPANY, Respondents, v. HYMAN GARFUNKEL et al., Copartners under the Name of SURPRISE CANDY COMPANY, Appellants.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.